IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION



FILED

MAY 30 2019

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| **THOMAS J. GRECO, JR.**, Pro-Se | ) | Case NO.: 1:09CR506 |
| Defendant, | ) | JUDGE JOHN R. ADAMS |
| v. | ) | <u>MOTION TO REDUCE AMOUNT OF</u> |
| **UNITED STATES OF AMERICA,** | ) | <u>RESTITUTION.</u> |
| Plaintiff, | ) | |
| | ) | |

 Thomas J. Greco, Jr. petitions this Honorable Court to "Reduce the Amount of Restitution." On December 19, 2018 Mr. Greco was released from FCI Morgantown after serving approximately eight (8) years. Mr. Greco reported to the Oriana Halfway House that day. On December 26, 2018 Mr. Greco was sent to "Home Confinement."

 On May 22, 2019 Mr. Greco completed his Home Confinement and on that day reported to U.S. Pretrial Services and Probation Office. Mr. Greco had a meeting with his Probation Officer Keysha Myers. Mr. Greco reviewed his financial status with Ms. Myers. Ms. Myers was copied with all of Mr. Greco's documentation. Ms. Myers recommended to Mr. Greco to file a "Motion to the Court" with all needed documentation.

 All documentation has also been sent to U. S. Department of Justice Mr. Paul Miller Financial Litigation Agent.

 Thomas J. Greco, Jr, does not own a Home, Car, and or Personal Property. Nor does he have any funds or monies in a Savings Account. Thomas does have a Checking Account where his Disability Pension Monies are deposited and bills are paid. Thomas's Home was taken by Forfeiture and all his Families Savings and Retirement of $326,000 was spent on Attorney Fee's to prove his innocence.

 Thomas J. Greco, Jr. is asking this Court to reduce the 25% amount taken from his Disability Pension each month. Mr. Greco is asking to reduce that amount to $25.00 each month. Mr. Greco includes documentation that shows his monthly expenses of $7,058.56 compared to his monthly income of $3,377.19.

 To date Mr. Greco has supplied to the Court approximately $357,973.08 in Restitution Monies, this amount does not included monies paid by his co-defendants.

 Mr. Greco also states that any and all Court Fees, all Taxes Due on OPERS Monies to the Court, All Forfeiture Monies and all Taxes due to the IRS have all been paid in full.

 Mr. Greco asks this Honorable Court to approve his "Motion to reduce his Restitution."


United States Court House.

Attention "Clerk of Courts."

801 West Superior Ave.

Cleveland, Ohio 44113

Respectfully Submitted,

Thomas J. Greco, Jr.

866 Seasons Pass Drive

Brunswick Hills, Ohio 44212