# UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | } | |
| | } | |
| **Plaintiff** | } | |
| vs. | } | **NO. 1:09CR506** |
| | } | |
| Thomas J. Greco, Jr. | } | |
| | } | **N O T I C E** |
| | } | |
| **Defendant** | } | |
| | } | |
| | } | |

   TAKE NOTICE that the above captioned case has been scheduled for a MOTION

HEARING at 11:00 a.m., on February 25, 2020  regarding the motion to reduce the amount

of restitution  (Doc. #286) in the Courtroom of the Honorable John R. Adams, United States

District Judge, Federal Building - U.S. Courthouse, Courtroom  575,  2 South Main Street,

Akron, Ohio.


**DATE : January 10, 2020**


                                    **SANDY OPACICH**
                                          **Clerk**


                              **By** __ s/ Christin M. Kestner __
                                    **Christin M. Kestner**
                                    **Courtroom Deputy Clerk**
                                    **(330) 252-6070**